1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BERNARD C. HUGHES,

11            Plaintiff,                No. CIV S-11-1856 EFB P

12       vs.

13   CDCR,

14            Defendant.            <u>ORDER</u>

15   _____/

16       Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations.

17   *See* 42 U.S.C. §1983.

18       To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28

19   U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust

20   account statement required by 28 U.S.C. § 1915(a).

21       Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed

22   *in forma pauperis*.

23       Accordingly, plaintiff has 30 days from the date of service of this order to submit either

24   the filing fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail

25   ////

26   ////

1

1    to plaintiff a form application for leave to proceed *in forma pauperis*.  Failure to comply with

2    this order will result in a recommendation that this action be dismissed.

3           So ordered.

4    DATED:  July 19, 2011.

                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE

2