IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD HUGHES,

        Plaintiff,                No. 2:11-cv-1856 EFB P

   vs.

CDCR, et al.,

        Defendants.        <u>ORDER</u>

                               /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff states that his legal mail and court documents have been confiscated and requests that the court order that his documents be returned to him. Plaintiff has not indicated whether he has completed the administrative process available at his institution with regard to this complaint. In addition, plaintiff is not currently facing a court deadline, as the United States Marshal is still in the process of serving defendant Jonsen.

      Should any delay in the return of plaintiff's legal property interfere with his ability to meet a court-imposed deadline in the future, plaintiff may request that the court grant him an extension of time, explaining why he has been unable to meet the deadline in the time provided. If plaintiff seeks additional time on the grounds he did not have adequate access to his property, he must indicate why he is unable to meet the deadline without that property, what specific

1

requests he has made for access to that property, and how prison officials have responded to those requests.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the return of his property (Dckt. No. 17) is denied.

Dated: January 15, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE