JOHN L. SUPPLE (SBN: 94582)
*jsupple@supplecanvel.com*
ROBERT D. SANFORD (SBN: 129790)
*rsanford@supplecanvel.com*
**SUPPLE & CANVEL, LLP**
2320 Marinship Way, Suite 301
Sausalito, CA  94965
Telephone: (415) 366-5533
Facsimile:  (415) 480-6301

Attorneys for Defendant
MARTIN H. JANSEN, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD HUGHES,<br><br>                      Plaintiff,<br><br>         vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>                      Defendants. | Case No. 2:11-cv-1856 EFB P<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE CORRECT REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS OR FOR MORE DEFINITE STATEMENT BY DEFENDANT MARTIN H. JANSEN, M.D.**<br><br>**(Federal Rule of Civil Procedure 60(b)(1))**<br><br>JUDGE:  Honorable Magistrate Judge<br>                  Edmund F. Brennan<br>NO HEARING (Local Rule 230(l)) |

The Court considered the motion of Defendant Martin H. Jansen, M.D. to file the correct reply brief in support of his motion to dismiss or for more definite statement, as well as any opposition or reply briefing filed by the parties.

For good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED.  Dr. Jansen shall file his reply brief within two days of the entry of this Order.

Dated:  January 15, 2014

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE