UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD HUGHES, | No. 2:11-cv-1856-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER APPOINTING LIMITED PURPOSE COUNSEL |
| MARTIN H. JANSEN, M.D., | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C § 1983. On December 10, 2014, the undersigned recommended that this action be dismissed for plaintiff's failure to file an amended complaint. ECF No. 40. However, plaintiff has informed the court that his current mental state is such that he cannot prepare the amended complaint. ECF Nos. 41, 47. He asks for an extension of time to file the amended complaint and for the court to reconsider his request for counsel to assist him in its preparation. *Id.* Plaintiff also requests a temporary restraining order prohibiting prison authorities from medicating plaintiff with medications other than Wellbutrin and ordering them to show cause why plaintiff's prescription for Wellbutrin has been revoked. ECF No. 42.

The court will vacate the findings and recommendations and grant plaintiff's requests for counsel and more time, in light of plaintiff's professed mental impairment. The court will deny the motion for a temporary restraining order without prejudice to its renewal by counsel. Counsel will be appointed at this time for the limited purpose of drafting an amended complaint and

1

assessing the need for a temporary restraining order.  Jeff D. Price has been selected from the court's pro bono attorney panel to represent plaintiff and he has accepted the appointment.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations of December 10, 2014 (ECF No. 40) are hereby vacated.

2. Plaintiff's December 8, 2014 motion for temporary restraining order (ECF No. 42) is denied without prejudice.

3. Plaintiff's December 29, 2014 motion for reconsideration (ECF No. 47) is granted.

4. Jeff D. Price is appointed as counsel in the above-entitled matter for the limited purposes of investigating plaintiff's claims, drafting and filing an amended complaint, and assessing the need for a temporary restraining order.

5. Plaintiff's December 8, 2014 motion for extension of time (ECF No. 41) is granted. The amended complaint will be due 90 days from the date of this order.

6. Jeff D. Price's appointment will terminate when plaintiff's amended complaint is filed, or files a notice that an amended complaint would not be appropriate.  Mr. Price shall concurrently either file a renewed motion for a temporary restraining order or a notice that no such order is currently sought.  Prior to the termination of the appointment, the court will accord counsel the option of discontinuing his representation of plaintiff or, at his discretion, proceeding as plaintiff's appointed counsel for purposes of discovery, settlement and/or trial.  If counsel does not wish to continue representation of plaintiff after he has carried out his limited purpose, the court will consider appointing new counsel for plaintiff, if deemed appropriate at that time.

7. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

8. The Clerk of the Court is directed to serve a copy of this order upon Jeff D. Price, Law Office of Jeff Dominic Price, 1311 Broadway, Santa Monica, CA 90404.

DATED:  February 26, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2