1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BERNARD HUGHES,                              No.  2:11-cv-1856-KJM-EFB P

12                     Plaintiff,

13           v.                                    ORDER TO SHOW CAUSE

14    MARTIN H. JANSEN, M.D., et al.,

15                     Defendants.

16

17           Plaintiff is a state prisoner proceeding though counsel in an action brought under 42

18    U.S.C. § 1983.  On February 26, 2015, the court ordered plaintiff to, within 90 days, either file an

19    amended complaint or a notice that an amended complaint would not be filed.  ECF No. 48.  On

20    June 10, 2015, the court granted plaintiff's request for an extension of time.  ECF No. 50.  The

21    time for acting has passed and plaintiff has not responded to the court's order.

22           Accordingly, IT IS ORDERED that plaintiff shall show cause, within fourteen days from

23    the date of this order, why this action should not be dismissed for failure to prosecute.  *See* Fed.

24    R. Civ. P. 41(b); *see also* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with

25    these Rules or with any order of the Court may be grounds for imposition by the Court of any and

26    all sanctions authorized by statute or Rule or within the inherent power of the Court.").

27    DATED:  August 3, 2015.

28                                        _____
                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE