IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Bernard Hughes,

          Plaintiff(s)

vs.

California Dept. of Corrections and Reh.

          Defendants.

No. 2:11-CV-01856-KJM-EFB

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Jeff Dominic Price, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on February 26, 2015, by the Honorable Edmund F. Brennan, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Mileage for visiting/meeting with the plaintiff at Kern Valley State Prison on September 10, 2015.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 211.60.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:11-cv-01856-KJM-EFB

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20 day of October, 20 15, at Santa Monica, California.

/s/ Jeff Dominic Price

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number _____.

Dated: 10-26-2015

United States District Judge/Magistrate