1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BERNARD HUGHES,                          No.  2:11-cv-1856-KJM-EFB P

12                 Plaintiff,

13         v.                                 ORDER

14   MARTIN H. JANSEN, M.D., et al.,

15                 Defendants.

16

17         Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  On December 14, 2015, the undersigned issued findings and recommendations

19   recommending that this action be dismissed after plaintiff failed to timely file an opposition to

20   defendant's motion to dismiss, ECF No. 61.  That same day, plaintiff filed his opposition.

21   Accordingly, the December 14, 2015 findings and recommendations, ECF No. 68, are vacated.

22   DATED:  December 15, 2015.

23

24                                        EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE
25

26

27

28