1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BERNARD HUGHES,                          No.  2:11-cv-1856-KJM-EFB P

12                    Plaintiff,

13         v.                                  ORDER

14    MARTIN H. JANSEN, M.D., et al.,

15                    Defendants.

16

17        Plaintiff, a state prisoner now proceeding through appointed counsel, has filed this civil

18   rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On February 24, 2016, the magistrate judge filed findings and recommendations, which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within fourteen days.  Neither party has filed

23   objections to the findings and recommendations.

24        The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

27        1.  The findings and recommendations filed February 24, 2016, are adopted in full; and

28   /////

1

1          2.  Defendant's motion to dismiss for lack of prosecution (ECF No. 52) is denied.

2     DATED:  March 10, 2016

3

4     _____

5     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28