UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD HUGHES, | No. 2:11-cv-1856-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| MARTIN H. JANSEN, M.D., et al., | |
| Defendants. | |

Plaintiff, a state prisoner now proceeding through appointed counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. He requests a second extension of time to file his opposition to defendant Jansen's motion to dismiss.

Plaintiff's request (ECF No. 87) is granted and plaintiff has 21 days from the date this order is served to file his opposition.

So ordered.

Dated:  May 18, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE