Jeff Dominic Price | SBN 165534
2500 Broadway, Suite 125
Santa Monica, California 90404
jeff.price@icloud.com
Tel. 310.451.2222

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD HUGHES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARTIN H. JANSEN, M.D., DR. DOE, M.D.,<br><br>　　　　Defendants. | No. 2:11-CV-01856-KJM-EFB<br><br>[~~PROPOSED~~] ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT |

GOOD CAUSE appearing

IT IS HEREBY ORDERED that Plaintiff's Request for a 10-day extension to file an amended complaint is granted; the amended complaint is due May 8, 2017. NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED.

DATED: May 3, 2017

　　　　　　　　　　　_/s/ Edmund F. Brennan_
　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Presented by:
Jeff Price, Esq.
Attorney for Plaintiff

CV-11-01856-KJM-EFB

1 ORDER