UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD HUGHES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, SCOTT KERNAN, in his official capacity as Secretary of the California Department of Corrections; CHRISTIAN PFEIFFER, in his official capacity as the Warden of the Kern Valley State Prison; DR. DOE, M.D., and DOES 1-10, inclusive et al.,<br><br>　　　　Defendants | No. 2:11-CV-01856-KJM-EFB<br><br>[~~Proposed~~] ORDER ON STIPULATION TO CONTINUE DISCOVERY CUTOFF AND ALL ASSOCIATED PRETRIAL DATES |

GOOD CAUSE APPEARING, the Court grants the parties' stipulation to continue the discovery cutoff and associated pretrial dates in the above captioned matter as follows:

(1) the final day to serve discovery requests pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 will be December 5, 2018;

(2) the discovery cutoff will be January 29, 2019;

(3) the final day to file motions to compel discovery will be January 29, 2019; and,

(4) the final day to file dispositive motions will be March 19, 2019.

IT IS SO ORDERED.

DATED: September 26, 2018

_____
Hon. Edmund F. Brennan
United States Magistrate Judge