| | |
|---|---|
| 1 | XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California |
| 2 | JON S. ALLIN, State Bar No. 155069<br>Supervising Deputy Attorney General |
| 3 | JEREMY DUGGAN, State Bar No. 229854<br>Deputy Attorney General |

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6008
  Fax: (916) 324-5205
  E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants Diaz and Pfeiffer*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BERNARD HUGHES,**<br><br>                Plaintiff,<br><br>v.<br><br>**KERNAN, et al.,**<br><br>                Defendants. | Case No. 2:11-cv-01856-KJM-EFB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO STAY DEADLINES AND DISCOVERY PENDING RESOLUTION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND TO EXTEND SUMMARY JUDGMENT DEADLINES**<br><br>Action Filed: July 14, 2011 |

In view of Defendants' pending motion for summary judgment for failure to exhaust administrative remedies (ECF No. 132) ("Defendants' pending motion"), Defendants Diaz (substituted in for Kernan under Fed R. Civ. Proc. 25(d)) and Pfeiffer, on the one hand, and Plaintiff Hughes, on the other, agree that discovery in this matter (apart from discovery related to exhaustion of administrative remedies) should be stayed, and that the deadlines regarding discovery and dispositive motions should be vacated, pending the resolution of Defendants' motion.

In addition, because Plaintiff's counsel is currently preparing for a trial in another matter, and because of the upcoming holidays, the parties agree that the deadlines for the opposition and reply to Defendants' pending summary judgment motion should be extended.

Therefore, the parties hereby stipulate and request an order as follows:

(1) That all deadlines in the case (including the December 5, 2018 deadline to serve discovery requests, the January 29, 2019 discovery cutoff, and the March 19, 2019 deadline to file dispositive motions) are vacated pending resolution of Defendants' pending motion;

(2) That all discovery in the case (apart from discovery related to exhaustion of administrative remedies) is stayed pending resolution of Defendants' pending motion;

(3) That the deadline for Plaintiff to respond to Defendants' motion for summary judgment (ECF No. 132) be extended until December 17, 2018;

(4) That the deadline for Defendants to file a reply brief regarding Defendants' motion for summary judgment (ECF No. 132) be extended until January 3, 2019; and

(5) That following the resolution of Defendants' pending motion for summary judgment, the Court shall issue a new scheduling order if needed.

Dated: November 7, 2018

/s/Jeff Dominic Price (as authorized 11/7/18)
Jeff Dominic Price
*Attorney for Plaintiff B. Hughes*

Dated: November 7, 2018

XAVIER BECERRA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

*/s/ Jeremy Duggan*

JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants Diaz and Pfeiffer*

IT IS SO ORDERED.

Dated: November 14, 2018.

Hon. Edmund F. Brennan
United States Magistrate Judge

SA2018301704//33646013.docx