Jeff Dominic Price | SBN 165534
2500 Broadway, Suite 125
Santa Monica, California 90404
jeff.price@icloud.com
Tel. 310.451.2222

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD HUGHES,<br><br>    Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, SCOTT KERNAN, in his official capacity as Secretary of the California Department of Corrections; CHRISTIAN PFEIFFER, in his official capacity as the Warden of the Kern Valley State Prison; DR. DOE, M.D., and DOES 1-10, inclusive et al.,<br><br>    Defendants | No. 2:11-CV-01856-KJM-EFB<br><br>UNOPPPOSED EX PARTE APPLICATION TO EXTEND PERIOD TO FILE OPPOSITION IN RESPONSE TO DEFENDANT'S MOTION TO SUMMARY JUDGMENT; DECLARATION OF JEFF DOMINIC PRICE; [~~PROPOSED~~] ORDER |

TO: THE HONORABLE EDMUND F. BRENNAN, UNITED STATES MAGISTRATE JUDGE AND TO THE DEFENDANT AND ITS ATTORNEYS OF RECORD:

Plaintiff requests an enlargement of time of 29 days within which to file an opposition in response to the Defendant's Motion for Summary Judgment, Dkt. No 132, L.R. 144.

Whereas Plaintiff's Third Amended Complaint ("TAC") was filed on May 8, 2017, Dkt. # 116;

Whereas this Court entered its screening order of the TAC on May 16, 2018, Dkt. # 117;

Whereas this Court entered its Discovery and Scheduling Order on July 16,

1 - UNOPPOSED EX PARTE APPLICATION

1 | 2018, Dkt. # 125;

Whereas this Court granted the parties stipulation on September 26, 2018 to continue the discovery cutoff until January 29, 2019 and the final day to file dispositive motions to March 19, 2019, Dkt. No. 131;

Whereas this Court granted the parties stipulation on November 14, 2018 to stay all discovery pending resolution of Defendants' Motion for Summary Judgment, Dkt. No. 132 and to set the deadline for Plaintiff's response to Defendants' Motion for Summary Judgment for December 17, 2018, Dkt. No, 134;

Plaintiff asks that his time to file an Opposition be extended 29 days from December 17, 2018, to January 15, 2019 and that the period for Defendant to file a Reply to the Opposition be extended to Friday, February 1, 2019.

Counsel for Plaintiff has been unable to prepare the Opposition in this case within that time period because he has not yet received a requested declaration from Plaintiff, he has been engaged in extensive discovery including numerous depositions in the case of *Drink Tank Ventures, LLC, v. Real Soda in Real Bottles, LTD. et al.,* BC654392, that is scheduled to begin trial on January 7, 2019 in Los Angeles Superior Court, he had a complex appellate brief due on December 6, 2018, and settled on December 11, 3018 another case in the Eastern District of California scheduled to begin trial on January 23, 2019 that required an entry on land at Pleasant Valley State Prison on November 29, 2018. Additionally, Mary McCaffrey, an attorney assisting me with this matter had a family emergency that caused her to travel to Florida in November and limited her availability to work on this matter as well as other matters.

Mary McCaffrey conferred with Jeremy Duggan, Counsel for Defendants, by telephone on December 19, 2018 and as per email received by Counsel for Plaintiff, Mr. Duggan will not oppose this motion for extension.

Counsel is aware that requests for ex parte extension of time are looked upon

with disfavor, however, requests consideration given the circumstances as explained. L.R. 144 (d).

Dated: December  20 , 2018   Respectfully submitted,
JEFF DOMINIC PRICE

*/s/ Jeff Price*
By: Jeff Dominic Price
Attorney for Plaintiff

### [~~PROPOSED~~] ORDER

Good cause shown, the Court grants the requested extension of time. Plaintiff's Opposition to Defendants' Motion for Summary Judgment shall be due on or before January 15, 2019, and the Defendants' Reply to Plaintiff's Opposition shall be due Friday, February 1, 2019.

Dated:  January 7, 2019.  _____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

## DECLARATION OF JEFF DOMINIC PRICE

I, Jeff Dominic Price, state:

1. I am the attorney for the plaintiff, this declaration is submitted in support of the Ex Parte Application and I can testify to the following facts of my own personal knowledge.

2. Over the last four weeks, I have been conducting discovery and preparing for and conducting depositions in an unrelated case in the Los Angeles Superior Court, *Drink Tank Ventures, LLC v. Real Soda in Real Bottles, LTD. et al.,* BC654392.

3. I have not had the opportunity to communicate adequately with Plaintiff and am awaiting receipt of a requested communication from Plaintiff.

4. On December 6, 2018, I filed a complex brief in an appeal before the Ninth Circuit Court of Appeals.

5. I worked diligently on the plaintiff's behalf to reach a settlement on December 11, 2018, in an additional unrelated case in the Eastern District of California that required an entry on land at Pleasant Valley State Prison on November 29, 2018 and that was scheduled for trial on January 23, 2019.

6. On November 9, 2018 Ms. McCaffrey, an attorney working with me on this case, had an unscheduled trip to Florida for a family emergency that limited her availability to assist with this matter.

7. On Wednesday, December 19, 2018, Ms. McCaffrey spoke with Mr. Duggan, Counsel for the Defendants, to discuss the request for extension.

8. On December 20, 2018 at 9:22 a.m., I received email from Mr. Duggan that Defendants would not oppose this Ex Parte Application.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of December, 2018, at Santa Monica, California,

/s/ JDP
------------------------------
Jeff Dominic Price

4 - UNOPPOSED EX PARTE APPLICATION