Jeff Dominic Price | SBN 165534
2500 Broadway, Suite 125
Santa Monica, California 90404
jeff.price@icloud.com
Tel. 310.451.2222

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD HUGHES,<br><br>    Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, SCOTT KERNAN, in his official capacity as Secretary of the California Department of Corrections; CHRISTIAN PFEIFFER, in his official capacity as the Warden of the Kern Valley State Prison; DR. DOE, M.D., and DOES 1-10, inclusive et al.,<br><br>    Defendants | No. 2:11-CV-01856-KJM-EFB<br><br>UNOPPPOSED EX PARTE APPLICATION TO EXTEND PERIOD TO FILE OPPOSITION IN RESPONSE TO DEFENDANT'S MOTION TO SUMMARY JUDGMENT; DECLARATION OF JEFF DOMINIC PRICE; [~~PROPOSED~~] ORDER |

TO: THE HONORABLE EDMUND F. BRENNAN, UNITED STATES MAGISTRATE JUDGE AND TO THE DEFENDANT AND ITS ATTORNEYS OF RECORD:

    Plaintiff requests an enlargement of time of one week within which to file an opposition in response to the Defendant's Motion for Summary Judgment, Dkt. No 132, L.R. 144.

    Whereas Plaintiff's Third Amended Complaint ("TAC") was filed on May 8, 2017, Dkt. # 116;

    Whereas this Court entered its screening order of the TAC on May 16, 2018, Dkt. # 117;

    Whereas this Court entered its Discovery and Scheduling Order on July 16,

1 - UNOPPOSED EX PARTE APPLICATION

2018, Dkt. # 125;

Whereas this Court granted the parties stipulation on September 26, 2018 to continue the discovery cutoff until January 29, 2019 and the final day to file dispositive motions to March 19, 2019, Dkt. No. 131;

Whereas this Court granted the parties stipulation on November 14, 2018 to stay all discovery pending resolution of Defendants' Motion for Summary Judgment, Dkt. No. 132 and to set the deadline for Plaintiff's response to Defendants' Motion for Summary Judgment for December 17, 2018, Dkt. No, 134;

Whereas this Court granted Plaintiff's Unopposed Ex Parte Application to Extend Period to File Opposition in Response to Defendants' Motion for Summary Judgment, and set the deadline for Plaintiff's response for January 15, 2019, Dkt. No. 136;

Plaintiff asks that his time to file an Opposition be extended one week from January 15, 2019 to January 22, 2019 and that the period for Defendant to file a Reply to the Opposition be extended to Friday, February 8, 2019.

Counsel for Plaintiff has been unable to prepare the Opposition in this case within the time period because he has not yet received a requested communication from Plaintiff, he has been planning for and engaged in trial that began on January 7, 2019 in Los Angeles Superior Court in the case of *Drink Tank Ventures, LLC, v. Real Soda in Real Bottles, LTD. et al.,* BC654392, that is expected to go to the jury by Thursday, January 17, 2019, and Plaintiff's counsel has been ill for several days.

Counsel for Plaintiff conferred with Jeremy Duggan, Counsel for Defendants, by telephone on January 15, 2019 and as per communication received by Counsel for Plaintiff, Mr. Duggan will not oppose this motion for extension.

Counsel is aware that requests for ex parte extension of time are looked upon with disfavor, however, requests consideration given the circumstances as explained. L.R. 144 (d).

Dated: January  15 , 2019	Respectfully submitted,
JEFF DOMINIC PRICE

                                                    */s/ Jeff Price*
By: Jeff Dominic Price
Attorney for Plaintiff

## [PROPOSED] ORDER

Good cause shown, the Court grants the requested extension of time. Plaintiff's Opposition to Defendants' Motion for Summary Judgment shall be due on or before January 22, 2019, and the Defendants' Reply to Plaintiff's Opposition shall be due Friday, February 8, 2019.

Dated: January 16, 2019

                                              EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE